# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15-cv-284-FDW

| | | |
|---|---|---|
| BRIAN K. LEWIS, et al.,[1] | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Motions seeking a 60-day extension of time in which to file dispositive motions by Defendants Mike Ball, David W. Guice, Norma Melton, Frank L. Perry, Sandra Pittman, Mike Slagle, and Paula Y. Smith, (Doc. No. 87), Robert J. Uhren, (Doc. No. 88), and Keith C. D'Amico, (Doc. No. 89). For good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Motions to extend the time for filing dispositive motions, (Doc. Nos. 87, 88, 89), are **GRANTED** until November 20, 2018. Absent extraordinary circumstances, further extensions of the dispositive motion deadline will not be granted.

Signed: September 18, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] Jamie R. Spake is the only Plaintiff remaining in the case.