# United States District Court
# Western District of North Carolina
# Asheville Division

|  |  |  |
|---|---|---|
| BRIAN K. LEWIS, et al, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiffs, | ) | 1:15-cv-00284-FDW |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2019 Order.

January 11, 2019

Frank G. Johns, Clerk
United States District Court